THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX-
ANDER DOCKERY, Also Known as JOHN HARRIS, Appellant.

Submitted November 4, 2013; decided December 10, 2013

Motion to vacate this Court's October 18, 2013 preclusion or-
der granted. Motion to strike portions of the respondent's ap-
pendix and the related references in the respondent's brief
granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL
McLEAN, Appellant.

Submitted November 25, 2013; decided December 10, 2013

Motion for assignment of counsel granted and Danielle Neroni
Reilly, Esq., 668 Madison Ave., Albany, New York 12208 as-
signed as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN
P. THOMAS, Appellant.

Submitted December 2, 2013; decided December 10, 2013

Motion by New York Law School Post-Conviction Innocence
Clinic for leave to file a brief amicus curiae on the appeal herein
granted and the proposed brief is accepted as filed. Two copies
of the brief must be served and an original and nine copies filed
within seven days.